

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00419-CR

Jeanette Lee **BARTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5209
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 13, 2019.

_____
Liza A. Rodriguez, Justice